# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHERYL ORAVIC and,** | **:** | **No. 3:16cv1273** |
| **COLLEEN KIRBY and** | **:** | |
| **JOSEPH KIRBY, her husband,** | **:** | **(Judge Munley)** |
| **Plaintiffs** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **TARGET CORPORATION,** | **:** | |
| **NICHOLAS DURHAM and** | **:** | |
| **JOSEPH SIVIK,** | **:** | |
| **Defendants** | **:** | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 8th day of February 2017, the Clerk of Court is directed to remand this case to the Court of Common Pleas of Lackawanna County and to close the case in this court.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**